**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IVERY JOHNSON, individually and on behalf of all others similarly situated,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**CENCORA, INC. and THE LASH GROUP, LLC,**<br><br>**Defendants.** | **CIVIL ACTION NO. 24-2227** |
| **MICHELLE PETTIFORD, on behalf of herself and all others similarly situated,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**CENCORA, INC., THE LASH GROUP, LLC, BRISTOL-MYERS SQUIBB COMPANY, and BRISTOL-MYERS SQUIBB PATIENT ASSISTANCE FOUNDATION, INC.,**<br><br>**Defendants.** | **CIVIL ACTION NO. 24-2228** |
| **BETTY STONEBURNER, individually and on behalf of all others similarly situated,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**CENCORA, INC. and THE LASH GROUP, LLC,**<br><br>**Defendants.** | **CIVIL ACTION NO. 24-2236** |

| | |
|---|---|
| **KEITH WOLFORD, on behalf of himself and all others similarly situated,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**CENCORA, INC. and THE LASH GROUP, LLC,**<br><br>**Defendants.** | **CIVIL ACTION NO. 24-2256** |
| **DARLEEN LEWIS, individually and on behalf of all others similarly situated,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**CENCORA, INC. and THE LASH GROUP, LLC,**<br><br>**Defendants.** | **CIVIL ACTION NO. 24-2258** |
| **PEYTON MCQUILLEN and CYNTHIA STOW, on behalf of themselves and all others similarly situated,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**CENCORA, INC. f/k/a AMERISOURCE BERGEN CORPORATION, a Pennsylvania corporation, and THE LASH GROUP, LLC a Delaware Corporation,**<br><br>**Defendants.** | **CIVIL ACTION NO. 24-2271** |

| | |
|---|---|
| **LAURIE GERBER, on behalf of herself and all others similarly situated,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**CENCORA, INC. and THE LASH GROUP, LLC,**<br><br>**Defendants.** | **CIVIL ACTION NO. 24-2303** |
| **KEVIN JAMES, individually and on behalf of all others similarly situated,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**CENCORA, INC. and THE LASH GROUP, LLC,**<br><br>**Defendants.** | **CIVIL ACTION NO. 24-2304** |
| **LATARSHA BRADFORD, individually and on behalf of all others similarly situated,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**CENCORA, INC. and THE LASH GROUP, LLC,**<br><br>**Defendants.** | **CIVIL ACTION NO. 24-2344** |

| | |
|---|---|
| **CLARENCE JOHNSON, individually and on behalf of all others similarly situated,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**CENCORA, INC. and THE LASH GROUP, LLC,**<br><br>**Defendants.** | **CIVIL ACTION NO. 24-2372** |
| **JAMES SOWARD, individually and on behalf of all others similarly situated,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**CENCORA, INC. and THE LASH GROUP, LLC,**<br><br>**Defendants.** | **CIVIL ACTION NO. 24-2375** |
| **BARBARA TURNER, individually and on behalf of all others similarly situated,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**CENCORA, INC. and THE LASH GROUP, LLC,**<br><br>**Defendants.** | **CIVIL ACTION NO. 24-2416** |

| | |
|---|---|
| **MARILYN BORNE and CELLA SKORUPSKI, individually and on behalf of all others similarly situated,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**CENCORA, INC., THE LASH GROUP, LLC, BRISTOL-MYERS SQUIBB COMPANY, and BRISTOL-MYERS SQUIBB PATIENT ASSISTANCE FOUNDATION, INC.**<br><br>**Defendants.** | **CIVIL ACTION NO. 24-2418** |
| **DEBRA BROWN, individually and on behalf of all others similarly situated,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**CENCORA, INC. and THE LASH GROUP, LLC,**<br><br>**Defendants.** | **CIVIL ACTION NO. 24-2436** |
| **ERIN STRICKLAND, individually and on behalf of all others similarly situated,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**CENCORA, INC. and THE LASH GROUP, LLC,**<br><br>**Defendants.** | **CIVIL ACTION NO. 24-2448** |

| | |
|---|---|
| **DAVID LYNN, individually and on behalf of all others similarly situated,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**CENCORA, INC. and THE LASH GROUP, LLC,**<br><br>**Defendants.** | **CIVIL ACTION NO. 24-2451** |
| **ROBERT MOSKOWITZ, individually and on behalf of all others similarly situated,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**CENCORA, INC. and THE LASH GROUP, LLC,**<br><br>**Defendants.** | **CIVIL ACTION NO. 24-2453** |
| **MARK HARRELL, individually and on behalf of all others similarly situated,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**CENCORA, INC., THE LASH GROUP, LLC, BRISTOL-MYERS SQUIBB COMPANY, and BRISTOL-MYERS SQUIBB PATIENT ASSISTANCE FOUNDATION, INC.,**<br><br>**Defendants.** | **CIVIL ACTION NO. 24-2524** |

| | |
|---|---|
| **TAMI SMITH and EDWARD SKIBINSKI, on behalf of themselves and all others similarly situated,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**CENCORA, INC. and THE LASH GROUP, LLC,**<br><br>**Defendants.** | **CIVIL ACTION NO. 24-2558** |
| **DREW DION, individually and on behalf of all others similarly situated,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**CENCORA, INC. and THE LASH GROUP, LLC,**<br><br>**Defendants.** | **CIVIL ACTION NO. 24-2562** |
| **MAURISA CASTELLANO, individually and behalf of all others similarly situated,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**CENCORA, INC. and THE LASH GROUP, LLC,**<br><br>**Defendants.** | **CIVIL ACTION NO. 24-2568** |
| **ANTHONY RUSSO, individually and on behalf of all others similarly situated,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**CENCORA, INC.**<br><br>**Defendant.** | **CIVIL ACTION NO. 24-2582** |

| | |
|---|---|
| **ROGER WEBB, individually and on behalf of all others similarly situated,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**CENCORA, INC. and THE LASH GROUP, LLC,**<br><br>**Defendants.** | **CIVIL ACTION NO. 24-2603** |
| **ROBERT DAY and HELEN LOVATO, individually and on behalf of all others similarly situated,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**CENCORA, INC., THE LASH GROUP, LLC, GLAXOSMITHKLINE LLC, and GLAXOSMITHKLINE PATIENT ACCESS PROGRAMS FOUNDATION,**<br><br>**Defendants.** | **CIVIL ACTION NO. 24-2631** |
| **BARBARA BURACKER, individually and on behalf of all others similarly situated,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**CENCORA, INC., THE LASH GROUP, LLC, GLAXOSMITHKLINE LLC, and GLAXOSMITHKLINE PATIENT ACCESS PROGRAMS FOUNDATION,**<br><br>**Defendants.** | **CIVIL ACTION NO. 24-2648** |

| | |
|---|---|
| **LORI REYNOLDS, SARA MUENKEL, and JESSE MUENKEL, on behalf of themselves and all others similarly situated,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**CENCORA, INC. and THE LASH GROUP, LLC,**<br><br>**Defendants.** | **CIVIL ACTION NO. 24-2649** |
| **BONNIE COLLINS-WHITE, on behalf of herself and all others similarly situated,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**CENCORA, INC. and THE LASH GROUP, LLC,**<br><br>**Defendants.** | **CIVIL ACTION NO. 24-2662** |
| **MICHAEL WILLIAMS and FRANCIS SAYERS, individually and on behalf of all others similarly situated,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**CENCORA, INC.,**<br><br>**Defendant.** | **CIVIL ACTION NO. 24-2672** |
| **JOHN HOLLIS, individually and on behalf of all others similarly situated,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**CENCORA, INC. and THE LASH GROUP, LLC,**<br><br>**Defendants.** | **CIVIL ACTION NO. 24-2863** |

| | |
|---|---|
| **AMANDA TUCKER, individually and on behalf of all others similarly situated,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**CENCORA, INC. and THE LASH GROUP, LLC,**<br><br>**Defendants.** | **CIVIL ACTION NO. 24-2912** |
| **THEODORE TASANGARINOS, individually and on behalf of all others similarly situated,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**CENCORA, INC. and THE LASH GROUP, LLC,**<br><br>**Defendants.** | **CIVIL ACTION NO. 24-2960** |
| **JUAN ANAYA, STEVEN BETTS, WILLIAM COOK, AMBER HORNICK, CAROLYN PLUHAR, KYLE REYNOLDS, and VIRGINIA ROMANO, individually and on behalf of all others similarly situated,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**CENCORA, INC., THE LASH GROUP, LLC, SUMITOMO PHARMA AMERICA, INC., BRISTOL MYERS SQUIBB COMPANY, BRISTOL MYERS SQUIBB PATIENT ASSISTANCE FONDATION, INC., REGENERON PHARMACEUTICALS, INC., GLAXOSMITHKLINE, LLC, and GLAXOSMITHKINE PATIENT ACCESS PROGRAMS FOUNDATION**<br><br>**Defendants.** | **CIVIL ACTION NO. 24-2961** |

| | |
|---|---|
| **ROBERT ANGULO, CHERIE KLEPEK, DEANA SPAULDING, SANDRA WEYERMAN, on behalf of themselves and all others similarly situated,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**CENCORA, INC. and THE LASH GROUP, LLC,**<br><br>**Defendants.** | **CIVIL ACTION NO. 24-3015** |
| **LISA BLEDSOE, individually and on behalf of all others similarly situated,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**CENCORA, INC. and THE LASH GROUP, LLC,**<br><br>**Defendants.** | **CIVIL ACTION NO. 24-3158** |
| **MARGIE LOPEZ, individually and on behalf of all others similarly situated,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**CENCORA, INC. and DOES 1–100,**<br><br>**Defendants.** | **CIVIL ACTION NO. 24-3541** |

| | |
|---|---|
| **MICHAEL COGGINS, ELIZABETH FAGOT, and BRIDGET REARDON, on behalf of themselves and all others similarly situated,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**CENCORA, INC., THE LASH GROUP, LLC, BRISTOL MYERS SQUIBB COMPANY, and BRISTOL MYERS SQUIBB PATIENT ASSISTANCE FOUNDATION, INC.,**<br><br>**Defendants.** | **CIVIL ACTION NO. 24-3554** |

**ORDER CLOSING ALL *CENCORA* CASES**

On February 11, 2026, in *Anaya v. Cencora*, No. 24-2961 (the "Consolidated Action"), the Court entered a final judgment in which it granted final approval of the Class Action Settlement Agreement and Release.[1] That same day, the Court granted Plaintiffs' motion for attorneys' fees, costs and expenses, and service awards.[2]

According to the docket, at least two motions remain listed as pending in the Consolidated Action. Among them, class member Lorrie Moreno's *pro se* motion seeking acceptance of her untimely claim [24-cv-2961, Doc. No. 142] is moot because, with good cause shown, Settlement Class Counsel waived her untimeliness to allow her claim to be processed [24-cv-2961, Doc. No. 143].

Second, Timothy Williams, an individual claiming to have excluded himself from the Class Action Settlement Agreement, moved to lift the stay on his individual action and to reopen that action in the Southern District of Texas [24-cv-2961, Doc. No. 136]. Williams's motion is

[1] *See* Order of Final Approval [24-cv-2961, Doc. No. 139].

[2] *See* Order Granting Attorneys' Fees, Costs and Expenses, and Service Awards [24-cv-2961, Doc. No. 140].

likewise moot given the final judgment in the Consolidated Action. To the extent that he opted out, Williams may pursue his individual claims in any appropriate jurisdiction by refiling or otherwise reopening his claims.

**AND NOW**, this 19th day of March 2026, it is hereby **ORDERED** as follows:

1. Class member Lorrie Moreno's *pro se* motion seeking acceptance of her untimely claim [24-cv-2961, Doc. No. 142] is hereby **DISMISSED** as moot.

2. Timothy Williams's motion to lift the stay in his individual action [24-cv-2961, Doc. No. 136] is hereby **DISMISSED** as moot.

3. The Clerk of Court is directed to **CLOSE** the Consolidated Action (24-cv-2961).

4. On account of the final judgment in the Consolidated Action, it is further **ORDERED** that the above-captioned individual cases, having been stayed pending resolution of the Consolidated Action [*see* 24-cv-2961, Doc. No. 10], shall hereby be removed from **STAY** and **CLOSED**. Any and all other individual actions that were filed in, transferred to, or removed to this Court after the initial stay order [24-cv-2961, Doc. No. 10] shall also be **CLOSED**. Individuals who timely and properly opted out of the Settlement Class[3] may refile their claims in an appropriate jurisdiction notwithstanding the Releases outlined in Section 8 of the Settlement Agreement.[4] The Clerk of Court is **DIRECTED** to carry out the closing of the following individual cases as ordered hereinabove: *Johnson* (No. 24-2227); *Pettiford* (No. 24-2228); *Stoneburner* (No. 24-2236); *Wolford* (24-2256); *Lewis* (No. 24-2258); *McQuillen* (No. 24-2271); *Gerber* (No. 24-2303); *James* (No. 24-2304); *Bradford* (No. 24-2344); *Johnson* (No. 24-2372); *Soward* (No. 24-2375); *Turner* (No. 24-2416); *Borne* (No. 24-2418); *Brown* (No. 24-2436);

---

[3] *See* Order of Final Approval, Attach 1. [Doc. No. 139] (listing the 127 persons who timely and properly opted out).

[4] *See* Settlement Agreement § 8 [Doc. No. 117-2].

*Strickland* (No. 24-2448); *Lynn* (No. 24-2451); *Moskowitz* (No. 24-2453); *Harrell* (No. 24-2524); *Smith* (No. 24-2558); *Dion* (No. 24-2562); *Castellano* (No. 24-2568); *Russo* (No. 24-2582); *Webb* (No. 24-2603); *Day* (No. 24-2631 ); *Buracker* (No. 24-2648); *Reynolds* (No. 24-2649); *Collins-White* (No. 24-2662); *Williams* (No. 24-2672); *Hollis* (No. 24-2863); *Tucker* (No. 24-2912); *Tasangarinos* (No. 24-2960); *Angulo* (No. 24-3015); *Bledsoe* (No. 24-3158); *Lopez* (No. 24-3541); *Coggins* (No. 24-3554).

It is so **ORDERED**.

**BY THE COURT**

/s/ Cynthia M. Rufe

**CYNTHIA M. RUFE, J.**